AUSA:   Barbara Lanning   Telephone:  (313) 226-9100
Task Force Officer:   Emanuel Mosley   Telephone:  (313) 234-4000

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Tajuan Bailey | Case: 2:26−mj−30235<br>Assigned To : Unassigned<br>Assign. Date : 4/27/2026<br>Description: CMP USA V. BAILEY<br>(DJ) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 22, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code Section 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Emanuel Mosley, Task Force Officer, DEA
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ April 27, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, Michigan

Honorable Kimberly Altman
*Printed name and title*

## AFFIDAVIT

I, Emanuel Mosley, being duly sworn, depose and state the following:

## I.   INTRODUCTION

1.      I have been employed as a Task Force Agent with the Drug Enforcement Administration (DEA) since March 2025. Affiant is employed by the United States Border Patrol and has been since August 2010 and employed in the Intelligence Unit since January 2019. My official duties include investigating criminal violations of the federal narcotics laws, including, but not limited to, Title 21, United States Code, Sections 841, 843, 846, and 848.  I have received special training in the enforcement of laws concerning controlled substances found in Title 21 of the United States Code.  Some of the specialized training I have received includes, but is not limited to, classroom instruction concerning narcotics smuggling, money laundering investigations, conspiracy, and complex investigations.  I have been involved with various types of electronic surveillance, including the interception of wire communications, as well as debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances and the laundering and concealing of proceeds from drug trafficking.

2.      I have conducted and participated in numerous investigations as a Task Force Agent that have resulted in the seizure of marijuana, synthetic drugs, cocaine,

methamphetamine, heroin, and fentanyl.  I am familiar with and have participated in all the normal methods of investigation, including visual and video surveillance, questioning of witnesses, controlled deliveries, use of search and arrest warrants, management and use of informants, and electronic intercepts.

3.    I am currently assigned to DEA Detroit Group 7, which is designated as the transportation and interdiction group. I have participated in multiple investigations involving the interdiction of parcels containing contraband that have been shipped through the United States Postal Service (USPS) and other commercial carriers.

4.    I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience.

5.    DEA is currently conducting a criminal investigation concerning Tajuan Bernard-Lynn BAILEY. (DOB: XX/XX/1997, for violation of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II.   PROBABLE CAUSE

6.      I reviewed a computerized criminal history and Michigan Third and Sixth Circuit Court records for BAILEY, which revealed the following felony arrests and convictions:

  a. On or about July 16, 2018, BAILEY was charged with felony possession of a fraudulent transaction device in Oakland County Sixth Circuit Court. On August 16, 2018, BAILEY pleaded guilty. On September 20, 2018, BAILEY was originally sentenced to a term of probation pursuant to the Holmes Youthful Trainee Act. BAILEY violated the terms of HYTA and his status was revoked. On December 11, 2019, BAILEY was sentenced 1–4 years' incarceration with the Michigan Department of Corrections.

  b. On or about July 11, 2019, BAILEY was charged with fleeing and eluding in the third degree. BAILEY was released on bond pending trial. While on bond, BAILEY was arrested and charged with another felony offense. On October 18, 2019, BAILEY pleaded guilty as charged in Wayne County's Third Circuit Court. He was later sentenced to two years of probation.

  c. While on bond for fleeing and eluding, on or about August 24, 2019, BAILEY was arrested and charged with carrying a concealed

3

weapon and assaulting and resisting police. He later pleaded guilty to a single count of attempt carrying a concealed weapon in Wayne County's Third Circuit Court. On November 19, 2019, BAILEY was sentenced to two years of probation.

7.    Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the number of felony convictions and the time BAILEY has spent incarcerated or under supervision as a result of his felony convictions, there is probable cause to believe that BAILEY is aware of his status as a convicted felon.

## II.    PROBABLE CAUSE

8.    On April 22, 2026, at approximately 4:00 a.m., Detroit Police officers with the Commercial Auto Theft Section ("CATS") observed the driver of a Kia SUV driving recklessly near the intersection of West 7 Mile Road and Mendota Street in Detroit's Northwest Side. The CATS officers radioed in their observations and followed the Kia. Undercover officers observed the driver of the Kia running red lights and speeding. The Kia eventually stopped at a gas station on West 7 Mile Road.

9.    Detroit officers in a marked scout car attempted to stop and investigate the Kia while it was parked at the gas station pump. The driver of the Kia shut the

4

driver door and reversed the SUV at a high rate of speed. The Kia clipped a cement pole near the mouth of the gas station's driveway while attempting to turn around. The driver of the KIA, later identified as BAILEY, then got out of the driver's seat and fled on foot. Security video from the gas station shows BAILEY was the sole occupant of the Kia SUV.

10. Officers chased after BAILEY. After a short foot pursuit, officers caught up to BAILEY and were able to detain him.

11. During an inventory search of BAILEY's Kia SUV, officers found a loaded black Glock 45 handgun lying in the passenger door pocket. The Glock had been previously reported as stolen out of Dearborn Heights in 2022.

12. On April 26, 2025, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the Glock 45 handgun. SA Klupacs concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

## III. CONCLUSION

13. Probable cause exists to believe that Tajuan BAILEY, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Glock 45 handgun, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1). This violation occurred on or about April 22, 2026, in Detroit, Michigan, in the Eastern District of Michigan.

Emanuel Mosley, Task Force Officer
Drug Enforcement Administration

Sworn to before me and signed in my presence
and/or by reliable electronic means

Honorable Kimberly Altman
United States Magistrate Judge

Dated: _____ April 27, 2026 _____

6